GEORGE T. BUTLER, Appellant, *v.* JOHN H. LEADLEY Co., INC., Respondent.

(Argued September 30, 1931; decided October 20, 1931.)

*Joseph P. Walsh* and *Frank H. Innes* for appellant.

*James Burke* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.